IN UNITED STATES DISTRICT THE COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTHUR B. WILLIAMS,

    Plaintiff,

vs.

JOHN E. POTTER, Postmaster General,

    Defendant.

NO. CV11-01230 RSM

**ORDER GRANTING MOTION FOR STAY AND CONTINUANCE OF TRIAL AND RELATED DATES**

THIS MATTER comes before the Court upon Plaintiff's Motion for Stay and Continuance of Trial and Related Dates (Dkt. #8). The Court having been advised of a related case involving similar allegations of injuries to the same Plaintiff by the same Defendant arising out of the same employment relationship,

IT IS HEREBY ORDERED that this action shall be stayed and the trial date and all related dates shall be stricken until further application by the parties or

Order Staying and Removing Case From Active Caseload - 1

order of this Court. Unless ordered otherwise, the plaintiff shall within 45 days of the resolution of <u>Solis v. United States Postal Service</u>, CV12-00315, file a motion with this Court to reinstate and reschedule the case on the court's active calendar. If plaintiff does not move to lift the stay within 45 days of the resolution of the related case, this matter will be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

This Court retains full jurisdiction and this Order shall not prejudice any party in this action.

DATED this 1st day of June 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE